# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**LAKRESHA JETER,**

    **Plaintiff,**

v.

**CLAUDIA SALDANA,** *et al.***,**

    **Defendants.**

:

:

Case No. 2:22-cv-3462
Judge Sarah D. Morrison
Magistrate Judge Kimberly A. Jolson

## ORDER

This matter is before the Court on the November 28, 2022 Report and Recommendation issued by the Magistrate Judge. (ECF No. 4.) The Magistrate Judge recommended that this action be dismissed for want of prosecution after Plaintiff failed to respond to a show cause order and the Motion to Proceed *in forma pauperis* (ECF No. 1) be **DENIED**. (ECF No. 4.) The time for filing objections has passed, and no objections have been filed. For the reasons set forth therein, the Court **ADOPTS** and **AFFIRMS** the Report and Recommendation (ECF No. 4), **DISMISSES** the action for want of prosecution, and **DENIES** the Motion to Proceed *in forma pauperis* (ECF No. 1). The Clerk is **DIRECTED** to **TERMINATE** this case from the docket.

    **IT IS SO ORDERED.**

    /s/ Sarah D. Morrison
    **SARAH D. MORRISON**
    **UNITED STATES DISTRICT JUDGE**